1  PHILLIP A. TALBERT
   United States Attorney
2  KIMBERLY A. SANCHEZ
   JEFFREY A. SPIVAK
3  Assistant United States Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099
   Attorneys for Plaintiff
6  United States of America

7              IN THE UNITED STATES DISTRICT COURT

8                EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,            CASE NO. 1:17-MJ-00185

10             Plaintiff,                STIPULATION TO CONTINUE PRELIMINARY
                                         HEARING; ORDER
11         v.

12 ALEX HERNANDEZ,

13             Defendant.

14

15         IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and

16 Kimberly A. Sanchez and Jeffrey A. Spivak, Assistant U.S. Attorneys and Nicholas Reyes, attorney for the

17 defendants, that the preliminary hearing scheduled for November 6, 2017 at 2:00 p.m. be moved to

18 November 13, 2017 at 2:00 p.m.  The parties are engaging in discussions and investigation surrounding

19 potential conflict and other issues.  Additionally, the government will seek indictment of the defendant along

20 with multiple other defendants (*United States v. Oscar Bazan, et al*, 1:17-mj-00189), and that case is set for a

21 preliminary hearing on November 13, 2017 at 2:00 p.m.  Defense counsel conferred with the defendant, who

22 agrees to the continuance.

23     ///

24     ///

25     ///

26     ///

27     ///

28     ///

The parties further stipulate that the defendant consents and there is good cause – "taking into account the public interest in the prompt disposition of criminal cases." As such, Rule 5.1(d) permits the Court to extend the time limit to hold the preliminary hearing within 14 days from the initial appearance (which is November 6, 2017 for Alex Hernandez).

Dated: November 2, 2017                    Respectfully submitted,

                                           PHILLIP A. TALBERT
                                           United States Attorney

                                    By     /s/ Kimberly A. Sanchez
                                           KIMBERLY A. SANCHEZ
                                           Assistant U.S. Attorney

Dated: November 2, 2017                    /s/ Nicholas Reyes
                                           NICHOLAS REYES
                                           Attorney for Alex Hernandez

## ORDER

IT IS SO ORDERED THAT there is good cause - the Preliminary hearing as to JOSE ALEJANDRO HERNANDEZ, True Name on October 26, 2017 (aka Alex Hernandez) is continued from November 6, 2017 before Judge Oberto to Monday, November 13, 2017 at 2:00PM before Judge Boone.

IT IS SO ORDERED.

Dated:   **November 2, 2017**              /s/ Barbara A. McAuliffe
                                           UNITED STATES MAGISTRATE JUDGE