NICHOLAS F. REYES, #102114
LAW OFFICES OF NICHOLAS F. REYES
1107 R STREET
FRESNO, CA 93721
Telephone: 559-486-4500
Facsimile: 559-486-4533
Email: nfreyeslaw@gmail.com

Attorney for Defendant
JOSE ALEJANDRO HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00264-LJO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| v. | |
| JOSE ALEJANDRO HERNANDEZ, | |
| Defendant. | |

Defendant, JOSE ALEJANDRO HERNANDEZ, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, JEFFERY A. SPIVAK, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Monday, December 2, 2019, at 10:30 a.m. be continued to Tuesday, January 21, 2020 at 10:30 a.m. in the courtroom for the Honorable Lawrence J. O'Neill, District Judge.

The continuance is necessary and good cause exists because defense counsel will be unavailable and both parties require time to file sentencing memorandums.

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: 11/20/2019　　　　　　　　　　　/s/ Nicholas F. Reyes
　　　　　　　　　　　　　　　　　　　NICHOLAS F. REYES
　　　　　　　　　　　　　　　　　　　Attorney for Defendant

1

**IT IS SO STIPULATED**

Dated:11/20/2019 /s/ Jeffrey A. Spivak
JEFFREY A. SPIVAK
Assistant U.S. Attorney

**ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Being conflicted on a date agreed upon by counsel, coupled with not getting the sentencing memorandum done is NOT good cause. That said, the Court will continue the date as requested, with the understanding that there will be NO FURTHER CONTINUANCES. The sentencing hearing as to the above-named defendant currently scheduled for December 2, 2019, is continued until To January 21, 2020, at 10:30 a.m. before the Honorable Lawrence J. O'Neill.

IT IS SO ORDERED.

Dated:   **November 20, 2019**          **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE